1

2

3                                                                                   O

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11    GARY DEVAUGHN LABON,                      Case No.  CV 14-06500-DSF (KES)

12                            Petitioner,

13          v.                                   ORDER ACCEPTING FINDINGS AND
                                                 RECOMMENDATIONS OF UNITED
14    MICHAEL F. MARTEL, Warden,                 STATES MAGISTRATE JUDGE

15                            Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18    records on file herein, and the Report and Recommendation of the United States

19    Magistrate Judge. Further, the Court has engaged in a de novo review of those

20    portions of the Report and Recommendation to which objections have been made.

21    The Court accepts the findings and recommendations of the Magistrate Judge.

22          IT IS THEREFORE ORDERED that Judgment be entered dismissing the

23    Petition with prejudice.

24                3/13/17

25    DATED: _____

26                                              _____

27                                              DALE S. FISCHER
                                                UNITED STATES DISTRICT JUDGE
28