JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DEVAUGHN LABON,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL F. MARTEL, Warden,<br><br>    Respondent. | Case No. CV 14-06500-DSF (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/13/17  _____

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE